UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


PRESCOTT ARNOLD,

     Plaintiff,

v.                                  CASE NO.  8:06-cv-1709-T-23MAP

NOVARTIS PHARMACEUTICALS
CORPORATION,

     Defendant.

_____/


**ORDER**

In response to a June 19, 2014 order (Doc. 101), Arnold files in the public

docket of this action a document (Doc. 103) that was originally filed under seal in

Case No. 3:06-MD-1760, Middle District of Tennessee as Doc. 2528.

Novartis moves (Doc. 105) to require the sealing of Exhibits 38, 39, 40, 41,

and 50 to Doc. 103 and states that these exhibits are Novartis's "corporate

documents that were designated as confidential under the MDL."  Arnold opposes

sealing the exhibits.

Novartis's motion (Doc. 105) is **GRANTED** to the extent that all but one of

the exhibits to Doc. 103 are **STRICKEN**, and the Clerk must delete from the record

the image of all the exhibits except Exhibit One of Doc. 103, which leaves on the

docket only the original Tennessee response (less the exhibits to the response), the

filing of which was the object of the order (Doc. 101) in this action.[*]

ORDERED in Tampa, Florida, on June 25, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] Doc. 103 in this action is a notice of compliance. Exhibit One to Doc. 103 in this action is the text of the response filed in the Tennessee action as Doc. 2528. Exhibit Two to Doc. 103 in this action is equivalent to Exhibit One of Doc. 2528 in the Tennessee action. This order requires the Clerk to strike and delete the image of Exhibits Two through Fifty-Five of Doc. 103 in this action. Because the entirety of Document 2528 is – without explanation – sealed in the Tennessee action, the attachment of more than fifty exhibits, one or more of which might warrant a seal in this action, was a surprise.